# MEMORANDA

OF

## ENSLEY V. THE STATE.

*Crime.*

(Decided Jan. 17, 1907.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. D. A. GREENE.

No counsel marked for appellant.

MASSEY WILSON, Attorney General, for the State.

DOWDELL, J.—Reversed on authority of *Moore v. The State*, 149 Ala. 66.

TYSON, C. J., ANDERSON, and McCLELLAN, JJ., concur.

## BARTON V. THE STATE.

*Burglary and Larceny.*

(Decided Feb. 7, 1907.)

APPEAL from Elmore Circuit Court.

Heard before Hon. S. L. BREWER.

TERRY RICHARDSON, for appellant.

MASSEY WILSON, Attorney General, for the State.

TYSON, C. J.—Affirmde on the authority of *Bell v. The State*, 48 Ala. 694, and *Gordon v. The State*, 71 Ala. 315.

## SHAW & CO. V. MAUK.

*Assumpsit.*

(Decided Dec. 18, 1906.)

APPEAL from Birmingham City Court.

Heard before Hon. CHARLES W. FERGUSON.

WEATHERLY & STOKELY, for appellant.

BOWMAN, HARSH & BEDDOW, for appellee.

Appeal dismissed. Per curiam.